**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Helen H. Park*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*
*Camden, NJ 08102*
*helen.park@usdoj.gov*

*main: (856) 757-5026*
*direct: (856) 754-2247*

October 6, 2026

**ORDER**

**BY ECF**
Honorable Edward S. Kiel, U.S.D.J.
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**Re: *Banos Caballero v. Mullin, et al*, No. 26-12701 (ESK)**
**Petitioner's Release**

Dear Judge Kiel:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office that Petitioner was released from custody at 7:35 p.m. on October 5, 2026, in full compliance with the Court's October 5, 2026, order to release within 24 hours.

For the Court's full awareness, on September 24, 2026, the day prior to the Court's self-executing order, ICE issued Petitioner a Form I-286, Notice of Custody Determination, releasing Petitioner under bond of $7,500. Ex. A. Petitioner requested a review of his custody determination, and a bond hearing was scheduled for October 6, 2026. However, due to an administrative oversight, this Office did not timely file a status letter in accordance with the Court's September 25, 2026, self-executing order, resulting in the immediate release order of October 5, 2026. Upon receipt of that order, ICE worked expeditiously to effectuate Petitioner's immediate release. We apologize to the Court for not timely responding to the self-executing order and have implemented procedures to avoid this situation in the future.

For the reasons above, we respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

**So Ordered.**

***/s/ Edward S. Kiel***
**Edward S. Kiel, U.S.D.J.**
**Date: October 6, 2026**